John A. Kelly, Esq. (SBN 225961)
The Law Offices of John A. Kelly
414 1st St E Ste 7
Sonoma, CA, 95476
(707) 935-6100
(707) 581-7470
JOHN@LAW-KELLY.COM

Attorney for Defendant and Cross-Complainant Parviz Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM, Inc., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>Parviz Khan, an individual<br><br>Defendant. | Case No.: 3:07-cv-01267-EDL<br><br>**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; STIPULATION IN SUPPORT.**<br><br><br>Mag. Judge Elizabeth D. Laporte<br><br>Complaint Filed: 1/28/2007 |

TO THE HONORABLE JUDGE LAPORTE:

The parties to the above-entitled action hereby request that the court continue the scheduled Initial Case Management conference, Set for June 6. 2007, to a date within sixty (60) days of June 6, 2007, to allow the remaining parties to be served and to answer, and to allow informal efforts to resolve the case to proceed.  Attached hereto is an agreed stipulation between the parties who have appeared, agreeing to the above rescheduling.

RESPECTFULLY SUBMITTED:

DATED: Monday, June 04, 2007

_____/S/_____
John A. Kelly, Esq.
Attorney for Defendant and Cross-Complainant Parviz Khan

---

Page 1

REQUEST TO RESCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE; STIPULATION IN
SUPPORT

LM, Inc. v. Khan

## STIPULATION

The parties to this action hereby jointly request that the court reschedule the June 6, 2007 Initial Case Management Conference to a date within sixty (60) days of June 6, 2007, in order to allow the remaining parties to be served and to answer, and to allow informal attempts to resolve this matter to proceed.

DATED: Monday, June 04, 2007

/S/
_____
John A. Kelly, Esq.
Attorney for Defendant and Cross-Complainant Parviz Khan

DATED: 6.4.07

_____
Curt Morris, Esq.
Attorney for Plaintiff LM, Inc.
The Law Offices of
John A. Kelly, Esq.
414 1st St E Ste 7
Sonoma CA 95476
(707) 933-6100

REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; STIPULATION IN SUPPORT

Page 2

LM, Inc. v. Khan

**STIPULATION**

The parties to this action hereby jointly request that the court reschedule the June 6, 2007 Initial Case Management Conference to a date within sixty (60) days of June 6, 2007, in order to allow the remaining parties to be served and to answer, and to allow informal attempts to resolve this matter to proceed.

DATED: Monday, June 04, 2007

_____/S/_____
John A. Kelly, Esq.
Attorney for Defendant and Cross-Complainant Parviz Khan

DATED: _____

_____
Curt Morris, Esq.
Attorney for Plaintiff LM, Inc.

The Law Offices of
John A. Kelly, Esq.
414 1st St E Ste 7
Sonoma CA 95476
(707) 935-6100.

Page 2

REQUEST TO RESCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE; STIPULATION IN
SUPPORT

LM, Inc. v. Khan

1  John A. Kelly, Esq. (SBN 225961)
   The Law Offices of John A. Kelly
2  414 1st St E Ste 7
   Sonoma, CA, 95476
3  (707) 935-6100
   (707) 581-7470
4  JOHN@LAW-KELLY.COM

5

   Attorney for Defendant and Cross-Complainant Parviz Khan
6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

|  |  |
|---|---|
| LM, Inc., a California Corporation | Case No.: |
| Plaintiff, | **ORDER** |
| v. |  |
| Parviz Khan, an individual | Mag. Judge Elizabeth D. Laporte |
| Defendant. | Complaint Filed: 1/28/2007 |

16     After consultation with the parties, the Court orders as follows:

17     The scheduled June 6, 2007 Initial Case Management Conference is hereby

18  rescheduled for ___August 7, 2007___ at ___10:00___ A.M.

19  DATED: ~~Monday, June 04, 2007~~
            June 5, 2007

The parties shall file a joint updated Case Management Conference statement no later than July 31, 2007.

                                    _____
                                    Hon. Elizabeth D. Laporte
                                    Federal Magistrate Judge
                                    for the Northern District of California.

                                    IT IS SO ORDERED
                                    AS MODIFIED
                                    /s/ Elizabeth D. Laporte
                                    Judge Elizabeth D. Laporte

The Law Offices of John A. Kelly, Esq.
414 1st St E Ste 7
Sonoma CA 95476
(707) 935-6100.

Page 1
ORDER                                    LM, Inc. v. Khan