John A. Kelly, Esq. (SBN 225961)
The Law Offices of John A. Kelly
414 1st St E Ste 7
Sonoma, CA, 95476
(707) 935-6100
(707) 581-7470
JOHN@LAW-KELLY.COM

Attorney for Defendant and Third-Party Plaintiff Parviz Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM, Inc., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>Parviz Khan, an individual<br><br>Defendant.<br>_____<br>AND RELATED THIRD-PARTY ACTION. | Case No.: 3:07-cv-01267-EDL<br><br>**ORDER DIRECTING SERVICE OF SUMMONS ON THIRD-PARTY DEFENDANT CORPORATION BY DELIVERY OF PROCESS TO SECRETARY OF STATE**<br><br>Mag. Judge Elizabeth D. Laporte<br><br>Complaint Filed: 1/28/2007 |

On reading and filing the evidence consisting of third-party plaintiff's application and declaration for this order, and the declarations and certificates attached to and incorporated by reference in the application, and it satisfactorily appearing to me therefrom that third-party defendant NUTECHMART, INC. is a domestic corporation and that third-party defendant's designated agent for service of process, Peter Simons, cannot with reasonable diligence be found at the address designated for personal delivery of the process, and process against defendant corporation cannot be served with reasonable diligence on defendant's designated agent for service of process in the manner provided in the California Code of Civil Procedure;

IT IS ORDERED that service on defendant NUTECHMART, INC. be made by personal delivery to the Secretary of State of California, or to an assistant or deputy

The Law Offices of John A. Kelly, Esq.
414 1st St E Ste 7
Sonoma CA 95476
(707) 935-6100.

ORDER.

Page 1

LM, Inc. v. Khan

1  secretary of state, of two copies of the summons and complaint, together with two
2  copies of this order.
3      IT IS FURTHER ORDERED that the name and address of the person to whom
4  the process and order are to be sent by the Secretary of State is Peter Simons, 1324 Barry
5  Avenue, Los Angeles, California 90025.
6  DATED: __July 30, 2007_____

                                      _____
                                      United States Magistrate Judge Elizabeth D. Laporte

*IT IS SO ORDERED* (stamp with signature of Judge Elizabeth D. Laporte, seal of United States District Court, Northern District of California)

The Law Offices of
John A. Kelly, Esq.
414 1st St E Ste 7
Sonoma CA 95476
(707) 935-6100.

ORDER.          Page 2          LM, Inc. v. Khan