John A. Kelly, Esq. (SBN 225961)
The Law Offices of John A. Kelly
414 1st St E Ste 7
Sonoma, CA, 95476
(707) 935-6100
(707) 581-7470
JOHN@LAW-KELLY.COM

Attorney for Defendant and Third-Party Plaintiff Parviz Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LM, Inc., a California Corporation | Case No.: 3:07-cv-01267-EDL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Parviz Khan, an individual | |
| Defendant. | |
| AND RELATED THIRD-PARTY ACTION. | |

Pursuant to stipulation by the parties, the court hereby orders that:

1. Pursuant to FRCP 21, LM, Inc., a California Corporation, v. Parviz Khan, an individual, is SEVERED from the third party action entitled Parviz Khan v. Peter Simons, an individual, and Nutechmart, Inc., a suspended California Corporation.

2. LM, Inc., a California Corporation, v. Parviz Khan, an individual, is hereby REMANDED to the Sonoma County Superior Court.

SO ORDERED.

DATED: __August 16, 2007_____

UNITED STATES MAGISTRATE
NORTHERN DISTRICT

*IT IS SO ORDERED*
Judge Elizabeth D. Laporte

The Law Offices of
John A. Kelly, Esq.
414 1st St E Ste 7
Sonoma CA 95476
(707) 935-6100.

Page 1