IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM INC., | No. C-07-01267 EDL |
| Plaintiff, | **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |
| v. | |
| PARVIZ KHAN, | |
| Defendant. | |

In August 2007, the Court issued an order severing this case as to Defendant Parvis Khan and remanding that part of the case to the Sonoma County Superior Court. This case has been inactive since that time. Accordingly, no later than December 21, 2007, Plaintiff shall file a statement regarding the status of this case in federal court. A telephonic status conference will be held on January 8, 2008 at 3:00 p.m. Parties shall call the Court's courtroom deputy no later than January 4, 2007 with a phone number for the Court to reach the parties for the status conference.

**IT IS SO ORDERED.**

Dated: December 14, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge