1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LM INC.,

        Plaintiff,

  v.

PARVIZ KHAN,

        Defendant.

_____

    And Related Third-Party Action

_____/

No. C-07-01267 EDL

**ORDER SETTING HEARING ON DEFENDANT/THIRD PARTY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

     Defendant/Third Party Plaintiff's Motion for Default Judgment filed on December 21, 2007 is re-set for hearing on January 22, 2008 at 2:00 p.m.  Defendant/Third Party Plaintiff shall serve a copy of this Order on Third Party Defendants.

     **IT IS SO ORDERED.**

Dated: January 9, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge