IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM, Inc., | No. C-07-01267 EDL |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| PARVIZ KHAN, | |
| Defendant. | |

Plaintiff's Motion for Default Judgment came on for hearing on January 22, 2008. For the reasons stated at the hearing, the motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: January 23, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge