IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM INC., | No. C-07-01267 EDL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| PARVIZ KHAN, | |
| Defendant. | |
| And Related Third Party Complaint | |

A status conference is set in this matter on September 30, 2008 at 3:00 p.m. A status conference statement shall be filed no later than September 26, 2008. Counsel may appear by telephone by calling the Court' courtroom deputy at 415-522-3694 no later than September 26, 2008 with a number for the Court to call on September 30, 2008. Counsel shall remain available on September 30, 2008 beginning at 3:00 p.m. until called by the Court.

**IT IS SO ORDERED.**

Dated: September 18, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge