John A. Kelly, Esq. (SBN 225961)
The Law Offices of John A. Kelly
922 1st St W
Sonoma, CA, 95476
(707) 935-6100
(707) 935-6181.
JOHN@LAW-KELLY.COM

Attorney for Defendant and Third-Party Plaintiff Parviz Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM, Inc., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>Parviz Khan, an individual<br><br>Defendant. | Case No.: 3:07-cv-01267-EDL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER.**<br><br>Hearing Date: November 4, 2008.<br>Hearing Time: 9:00 AM.<br><br>Magistrate Judge Elizabeth LaPorte. |

    I, John A. Kelly, counsel for Defendant and Third-Party Plaintiff Parviz Khan, hereby respectfully request to appear via telephone for hearing on the Motion to Remand to State Court scheduled for 9:00 a.m., November 4, 2008.

    I originally planned to appear in person, however, a deposition in another case has been scheduled for the same day at 10:00 a.m. in Sonoma, California. Given the travel time between San Francisco and Sonoma, I respectfully request to appear via telephone.

Dated: October 29, 2008

                                                                                       _____/S/_____
                                                    John A. Kelly, Attorney for Parviz Khan

The Law Offices of
John A. Kelly, Esq.
922 1st St W
Sonoma CA 95476
(707) 935-6100.

PRINTED ON
RECYCLED PAPER.

Page 1

REQUEST FOR TELEPHONIC APPEARANCE      L.M., Inc. v. Khan

## ORDER

Request to appear via telephone is granted.

Dated: _October 31, 2008_

IT IS SO ORDERED

Judge Elizabeth D. Laporte

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Page 2

REQUEST FOR TELEPHONIC APPEARANCE          L.M., Inc. v. Khan

## ORDER

Request to appear via telephone is granted.

Dated: _October 31, 2008_

IT IS SO ORDERED

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The Law Offices of John A. Kelly, Esq.
922 1st St W
Sonoma CA 95476
(707) 935-6100.

PRINTED ON RECYCLED PAPER.

Page 2
REQUEST FOR TELEPHONIC APPEARANCE          L.M., Inc. v. Khan