IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM, Inc., | No. C-07-01267 EDL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| PARVIZ KHAN, | |
| Defendant. | |

In March 2007, Defendant/Third Party Plaintiff Parvis Khan removed this matter from the Sonoma County Superior Court on the ground that the case arose under the Copyright Act. In April 2007, Khan filed a Third Party Complaint against Peter Simons and Nutechmart alleging copyright infringement. On August 16, 2007, pursuant to the stipulation of the parties, the Court severed this matter, remanding the original case, <u>LM v. Khan,</u> to Sonoma County Superior Court. The Third Party Complaint, <u>Khan v. Simons and Nutechmart</u>, remains in this Court.

In December 2007, Khan moved for default judgment against Third Party Defendants Simons and Nutechmart, which was denied without prejudice in January 2008. On September 30, 2008, Third Party Plaintiff Parvis Khan filed a motion to remand, arguing that remand was proper pursuant to 28 U.S.C. § 1447(c) because the Court lacked subject matter jurisdiction. On November 10, 2008, the Court denied the motion to remand, explaining that Third Party Plaintiff had to amend the complaint to omit federal claims to obtain a remand, set a November 17, 2008 deadline for his doing so, and set a status conference for December 2, 2008. Plaintiff did not file an amended complaint.

Third Party Plaintiff's counsel appeared by telephone at the December 2, 2008 status conference. He informed the Court through his case management conference statement filed at

12:55 a.m. on December 2, 2008 and at the status conference that he did not understand that the Court still had jurisdiction over this matter, and that he was seeking to withdraw as counsel by filing a motion to be relieved as counsel in the Sonoma County Superior Court. Plaintiff remains counsel of record in this case, and the motion to the Superior Court is not relevant to withdrawal from this federal case. If counsel seeks to withdraw, he shall file an appropriate motion in this Court, which the Court will hear on shortened time.

Further, as stated at the hearing, Plaintiff is ordered to show cause as to why the Court should not recommend that this case should be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The show cause hearing is scheduled for December 16, 2008 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Unless Plaintiff's counsel is relieved as counsel of record before that date, counsel shall appear at the show cause hearing.

**IT IS SO ORDERED.**

Dated: December 3, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge