**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LM, INC., | No. C 07-1267 SI |
|       Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE FOR FAILURE TO PROSECUTE** |
|   v. | |
| PARVIZ KHAN, | |
|       Defendant. / | |
| PARVIZ KAHN, | |
|       Third Party Plaintiff, | |
|   v. | |
| PETER SIMONS and NUTECHMART, INC., | |
|       Third Party Defendants. / | |

On December 18, 2008, Magistrate Judge Laporte issued a Report and Recommendation Re: Dismissal for Failure to Prosecute. No party has filed an objection to the Report and Recommendation. The Court has reviewed the file in this case and hereby ADOPTS the Report and Recommendation and DISMISSES with prejudice the sole remaining claims in this case, to wit the claims in the *Kahn v. Simons and Nutechmart* third-party complaint.

**IT IS SO ORDERED.**

Dated: January 26, 2009

                                                          SUSAN ILLSTON
                                                          United States District Judge