**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LM, INC.,

      Plaintiff,

  v.

PARVIZ KHAN,

      Defendant.
_____/

PARVIZ KAHN,

    Third Party Plaintiff,

  v.

PETER SIMONS and NUTECHMART, INC.,

    Third Party Defendants.
_____/

No. C 07-1267 SI

**JUDGMENT**

The sole remaining claims in this case, to wit the claims in the *Kahn v. Simons and Nutechmart* third-party complaint, are dismissed with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 26, 2009

                                              SUSAN ILLSTON
                                              United States District Judge